P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401623 SEP 22 2015

$ 000.41°

RTS
Discharged

RE: WR-83,063-01

DEAN RICHARD CUNNINGHAM
# 1919210

UTF